IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:08-CV-523-BO

Plaintiff(s), Michael Joseph )
 ) Libel of Review
 ) - common law counterclaim in admiralty -
vs ) - notice of lis pendens end -
 ) - verified statement of right -
 )
Defendant(s) The United Nations ) Re: false claim in assumpsit to rights in
General Secretary ) the original estate - Article III, Constitution
Ban Ki-moon with agent secretary
of the Treasury Henry Martin PAULSON

DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A
DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__michael Joseph__ who is __Plaintiff__,
(name of party)          (plaintiff/defendant/other: _____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES  ○           NO  ☒

2. Does party have any parent corporations?

   YES  ○           NO  ☒

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:


3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES  ○           NO  ☒

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ◯   Not sure

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯      NO ◯

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

All transactions are made using lawful money per USC Title 12 § 411

Signature: _[signature]_

Date: October [illegible], 2008