# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

Michael Joseph  )
Plaintiff )
  )
v. Henry Merritt PAULSON ) Civil Action No. 5:08-CV-523-BO
  )
Defendant )

## Summons in a Civil Action

To: *(Defendant's name and address)* Henry Merritt PAULSON
1500 Pennslyvania Avenue NW
City of Washington, District of Columbia;
[20220]

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's ~~attorney,~~ whose name and ~~address are:~~ mailing location are:

Michael Joseph
c/o 6040-A Six Forks Road #325
Raleigh, North Carolina. [27609]

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DENNIS P. IAVARONE, CLERK
Name of clerk of court

Date: October 17, 2008

_Deputy clerk's signature_

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: _____

                                                                                     Server's signature

                                                                                     Printed name and title

                                                                                          Server's address