```
WAKE COUNTY, NC   160
LAURA M RIDDICK
REGISTER OF DEEDS
PRESENTED & RECORDED ON
01/16/2009 AT 12:50:24

BOOK:013352 PAGE:02247 - 02255
```



Space above this line is for the benefit of the recorder

| After Recording return to: | Prepared by: Michael Joseph |
|---|---|
| United States District Court | c/o 6040-A Six Forks Road #325 |
| for the District of North Carolina | Raleigh, North Carolina. |
| 310 New Bern Avenue | [27609] |
| Raleigh, North Carolina. | |
| [27601] | |

### NOTICE OF DEFAULT JUDGMENT
### Civil Action File Number: 5:08-CV-523-BO

**In the United States District Court
For the District of North Carolina**

NOTICE is hereby given for all with whom these presents are come by the undersigned of Default Judgment issued in the Civil Action Case Number 5:08-CV-523-BO; and, said Default Judgment is attached to this NOTICE.

Michael Joseph

---

STATE OF NORTH CAROLINA
COUNTY OF WAKE

I, _Brenda K Burke_, a Notary Public, do hereby certify that the foregoing was signed by Michael Joseph. Affirmed and subscribed the foregoing before me on this _16th_ day of January, 2009, in the Common Era.

NOTARY PUBLIC
My Commission Expires: _April 14, 2009_



# In the United States District Court
# for the District of North Carolina

| | |
|---|---|
| Michael Joseph | **Default Judgment** |
| v. | Civil Action File Number: 5:08-CV-523-BO |
| The United Nations Secretary General Ban Ki-Moon with Agent Secretary of the Treasury Henry Merritt PAULSON | |

The United Nations Secretary General, Ban Ki-Moon with Agent Secretary of the Treasury Henry Merritt PAULSON, hereinafter "Defendant(s)" have failed to serve timely any claim, or answer, or defense on Michael Joseph, Plaintiff, by proving the certificate of search in the district court to be faulty or fraudulent within the time limit as stipulated on the summons properly formed and served;

*A lawsuit has been filed against you. Within 20 days [1] after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and mailing location are:*

> *Michael Joseph*
> *c/o 6040-A Six Forks Road #325*
> *Raleigh, North Carolina. [27609]*

*If you fail to do so judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.*

A communication, hereinafter "Jensen Letter", was issued from the Peter Taksoe-Jensen, Assistant Secretary-General for Legal Affairs dated 18 November 2008. The Jensen Letter was not issued, or addressed to Michael Joseph. It appears that the Jensen Letter was filed with the United States District Court for the District Court of North Carolina 26 November 2008. Upon the Jensen Letter the following words appear: " *We write to inform you that, on 28 October 2008, the United Nations Secretariat in New York received the above-referenced Summons and Complaint in conjunction with the civil action instituted by Mr. Michael Joseph, against the Secretary-General of the United Nations, among others, in the United States District Court, Eastern District of North Carolina (Case No. 5:08-CV-523-BO). The Secretary-General of the United Nations has been directed to answer*

---

[1] Although Defendant Henry Merritt PAULSON is also the Governor of the IMF (Reference Senate Report 94-1148, Public Law 94-564 page5) the Deputy Clerk would not issue the Summons to Defendant Henry Merritt PAULSON unless a 60 day response time was noted; as such, the Summons to Henry Merritt PAULSON gave notice of 60 days for the Defendant Henry Merritt PAULSON to serve an answer to the complaint.

*the Complaint, within 20 days after service of the Summons. In this regard, Mr. Joseph alleges that the Secretary-General of the United Nations, among others, has false claims."*

The names that appear upon the Jensen Letter as "Mr. Michael Joseph" and "Mr. Joseph" are unknown by and unrecognized by, Michael Joseph. Michael Joseph is claiming citizenship in the commonwealth of Israel. Michael Joseph is absent knowledge of any rebuttal or answer (in this case or otherwise) that refutes or rebuts that Michael Joseph is a citizen of the ommonwealth of Israel. For clarity, Michael Joseph is absent any claim of citizenship in the STATE OF ISRAEL. Michael Joseph is absent any claim of being a corporate person. Michael Joseph refuses to be removed or extradited from Michael Joseph's asylum state, and refuses any "person's" use of "Mr. Michael Joseph" or "Mr. Joseph" as irrelevant and offensive to Michael Joseph's scriptural beliefs (See Mattithyahu/Matthew 23:8-13). Michael Joseph accepts no name other than Michael Joseph as binding identification upon Michael Joseph.

> Exodus 13:16 And it shall be for a token upon thine hand, and for frontlets between thine eyes: for by strength of hand ✡︎Ỵ✡︎ℜ brought us forth out of Egypt.
>
> Genesis 1:27 So Elohiym created man in his [own] image, in the image of Elohiym created he him; male and female created he them.

Remedy has been available ever since Abel's blood cried out from the ground to Elohiym. Cain was convicted of murder and we have held this symbol among the enlightened to mean there has been a natural and unwritten law in place long before Sinai or the current-post 1938 "federal common law".

The federal as well as the state court will administer admiralty law and the district court acquires jurisdiction through Article III, Clause 2, of the Constitution for the United States of America and the subsequent Judiciary Act of September 24, 1789, and thus the federal question is established evoking Title 28 U.S.C.A. §1333. The common law of the state and the custodial responsibility of the district court is easily established:

> **§61.** *"When any Territory is admitted as a State, and a district court is established therein, all the records of the proceedings in the several cases pending in the highest court of said Territory at the time of such admission, and all records of the proceedings in the several cases in which judgments or decrees had rendered in said territorial court before that time, and from which writs of error could have been sued out or appeals could have been taken and prosecuted to the Supreme Court or to the circuit court of appeals, shall be transferred to and deposited in the district court for the said States." Process of admission of a State into the Union of several States is verified in § §61-64 of the act of March 3, 1911, ch. 231, 36 Stat. 1104.*

Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted below and codified at Title 28 U.S.C.A. §1333:

"...*the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, **in all cases**, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,...*" The First Judiciary Act; September 24, 1789; Chapter 20, page 77. The Constitution of the United States of America, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 741. *(emphasis added)*

"**Saving to suitors clause.** That provision in 28 U.S.C.A. §1333(1) which gives the U.S. District Courts original jurisdiction, "exclusive of the courts of the state", of any civil case of admiralty or maritime jurisdiction, "saving to suitors in all cases all other remedies to which they are otherwise entitled." The "saving to suitors" clause of the section of the Judiciary Act implementing constitutional provision extending federal judicial powers to cases of admiralty and maritime jurisdiction means that a suitor asserting as an *in personam* admiralty claim may elect to sue in a "common law" state court through an ordinary civil action, and in such actions, the state courts must apply the same substantive law as would be applied had the suit been instituted in admiralty in a federal court." *Black's Law Dictionary 5d, 1983.*

The law is paraphrased in the Internal Revenue Codes:

*"Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien."* Title 26 U.S.C.A. §6323(F)(3). *(emphasis added)*

Henry Merritt PAULSON, acting as "City METRO officer – Secretary of the Treasury and Governor for the United Nations International Monetary Fund" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C.A. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, "**Transfer of government.**")

Being a "foreign state", the Secretary of the Treasury, the Governor for the United Nations International Monetary Fund, and the Secretary General of the United Nations and their agent(s) must prove there was or is a claim to Michael Joseph's property and body; and said claim must be filed in the appropriate district court prior to

assumpsit liens and threat of seizures under the color of law, constituting threats and actions of theft and kidnap. Or, otherwise stated, agents of a foreign state are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law.

The presumption Michael Joseph is a Federal Reserve bank and involved with private credit thereof is erroneous; and, based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing, but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated and revoked by law herein, *nunc pro tunc, ab initio*. See Title 12 U.S.C.A. §411; Michael Joseph is and always would have exercised the right(s) to handle lawful money had the option ever been presented in good faith.

The cash-filing fee to open this case was fully paid in public money and not in private credit (public money being United States notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182:** *In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and <u>are redeemable in lawful money</u>.* And, **US v Ware; 608 F.2d 400:** *<u>United States notes shall be lawful money</u>, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds used to file this instant case are that Michael Joseph has exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

> "BANKRUPTCY. The state or condition of a bankrupt.
> 2. Bankrupt laws are an encroachment upon the common law. The first in England was …"
> *Bouvier's Law Dictionary* 1856.

For some realistic perspective, see the Credit River Money Decision, First National Bank of Montgomery v. Jerome Daly, December 7, 1968: (See 17 Am. Jur. 85, 215, and 1 Mer. Jur. 2nd on Actions, Section 550). The United Nations Secretary General, Ban Ki-Moon, with Agent Secretary of the Treasury, Henry Merritt PAULSON and all principal(s) and agent(s) are clearly the debtor and Michael Joseph is clearly creditor.

The Federal Reserve Board gives notice concerning the Statistical Supplement to the Federal Reserve Bulletin, November 2008 in regard to United States Reserve Assets – referencing footnote 1 as follows:

> 1. *Gold held "under earmark" at Federal Reserve Banks for foreign and international accounts is not included in the gold stock of the United States; see table 3.13, line 3.* <u>**Gold stock is valued at $42.22 per fine troy ounce.**</u> *emphasis added*

However, the approximate gold spot price on or about January 7, 2009 was $842.00/troy ounce. The questions begging to be answered are:

1. "Can forty-two and twenty-two cents ($42.22) of lawful money buy one fine troy ounce of gold?"; and,

2. "Why is the gold spot price on or about January 7, 2009 approximately eight hundred forty-two ($842.00) per troy ounce?"

There appears to be two money systems; and, as of January 7, 2009, there appears to be approximately a twenty to one (20:1) ratio (842/42.22) between the two money systems; and, the deafening silence to the hereinbefore questions reveals lack of disclosure concerning the remedy to the inherent presumption that people being "paid" are private reserve banks being paid in private credit notes from the Federal Reserve banks. This is fraud by omission, dishonesty and deceit upon the Defendant(s) and it's agents, and those in intercourse with the money systems willingly.

> Proverbs 11:1  A false balance is abomination to the [יהוה]; but a just weight is his delight.
>
> Proverbs 20:23  Divers weights are an abomination unto the [יהוה]; and a false balance is not good.
>
> Deuteronomy 25:13  Thou shalt not have in thy bag divers weights, a great and a small.
>
> Deuteronomy 25:14  Thou shalt not have in thine house divers measures, a great and a small.
>
> Deuteronomy 25:15  But thou shalt have a perfect and just weight, a perfect and just measure shalt thou have: that thy days may be lengthened in the land which the [יהוה] thy Elohiym giveth thee.
>
> Deuteronomy 25:16  For all that do such things, and all that do unrighteously, are an abomination unto the [יהוה] thy Elohiym.

Now therefore, finding that the Defendant(s), have failed to serve timely any claim, or answer, or defense on Michael Joseph, Plaintiff; and, whereas said summons' were properly formed and served; and,

**It is therefore Ordered, Adjudged, and Decreed:**

That the injunctive relief sought against further trespass and usurpation of heritage in the counterclaim is awarded to Michael Joseph. Defendant(s) are by law to forfeit seizure upon any and all of Michael Joseph's property; and, Defendant(s) are by law to forfeit seizure upon Michael Joseph's physical body.

Defendant(s), and all principal(s) and agent(s) are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with Michael Joseph's right(s) to the land; and, any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States, United Nations, and all agent(s) and principal(s) thereof. Defendant(s), and all principal(s) and agent(s) are left with their remedy:

> **COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Regardless of title or position, any culprit making any present or future pretended claim upon any of the dominions of Michael Joseph, including his family, all of his property, and all of his inheritance, shall be readily apprehended according to law, and violators will be arrested according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claim*, absent special treatment, under the authority of the Resurrected Savior _____ Yehoshua H' Mashiach.

Michael Joseph is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity; accordingly, it is so Ordered, Adjudged, and Decreed, with prejudice, on this

the 16th day of January, 2009 *common era;*

By the Court:<br><br>*Michael Joseph*

I hereby certify that a true copy of the foregoing Default Judgment is, by my hand, delivered to the following persons via posting by registered mail this same day:

| | |
|---|---|
| Henry Merritt PAULSON<br>1500 Pennsylvania Avenue NW<br>City of Washington, District of Columbia.<br>[20220] | Registered mail # RB 000 071 188 US |
| Ban Ki-Moon<br>1 United Nations Plaza, Manhattan Island<br>New York city, New York.<br>[10017] | Registered mail # RB 000 071 191 US |

_____  16 Jan 2009
Michael Joseph              Date



BOOK:013352 PAGE:02247 - 02255